# GABOR & MAROTTA LLC

**1878 VICTORY BOULEVARD**
**STATEN ISLAND, NY 10314**

TEL: (718) 390-0555
FAX: (718) 390-9886

ATTORNEYS AT LAW

RICHARD M. GABOR
DANIEL C. MAROTTA *

ILYSSA G. GABOR *
JAIME GABOR **
CHRISTOPHER COLON ***
HON. MATTHEW J. TITONE

\* ADMITTED NEW YORK and NEW JERSEY
\*\* ADMITTED NEW YORK, NEW JERSEY and FLORIDA
\*\*\* OF COUNSEL ADMITTED NEW YORK and ILLINOIS

August 7, 2014

VIA ECF
The Honorable A Kathleen Tomlinson
100 Federal Plaza
Central Islip, NY 11722

Re: Jocelyn Cu, et al. v. Gabrielle Portia, et al.
CV 14-3669 (ADS) (AKT)

Your Honor:

Please be advised that we are counsel of record to the Defendants in the above referenced action. As of today, August 7, 2014, Defendants have decided to retain new counsel, and relieve Gabor & Marotta as counsel.

There is an initial conference scheduled for Friday, August 15, 2014 at 10:30 a.m. before Your Honor. Due to the substitution of counsel, we respectfully request an adjournment of the scheduled conference, as well as of the pending discovery deadlines. I have consulted with counsel for Plaintiff, who has consented to the requested adjournment.

Respectfully submitted,

Ilyssa Gabor Florio